# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CARLOS GREEN,**

    **Plaintiff,**

**vs.**                                                            **3:01cv30/MCR**

**JAMES CROSBY, in his official capacity as**
**Secretary of Florida Department of Corrections,**
**J. K. SCHWARTZ, Individually,**
**W. L. GIELOW, Individually,**
**PATRICK J. DOREMUS, Individually,**
**JOHN D. HONEYCUTT, Individually, and**
**N. B. HOWARD, Individually,**

    **Defendants.**
_____/

## O R D E R

A jury trial in this case brought pursuant to 42 U.S.C. § 1983 resulted in verdicts in plaintiff's favor against defendants Schwartz and Doremus.[1]  In an order dated June 17, 2005, the Eleventh Circuit affirmed; defendants filed a petition for rehearing en banc on July 8, 2005, which petition remains pending.

On November 12, 2004, this court entered an order deferring ruling on plaintiff's motions for attorney's fees (doc. 252) and costs (docs. 256, 265)[2] until defendants' appeal

---

[1] The jury found against plaintiff as to defendant Gielow; the court granted the motions of defendants Honeycutt and Howard for judgment as a matter of law and also dismissed defendant Crosby from this case.

[2] Accordingly, these motions remain pending on this court's docket.  Plaintiff has also filed a renewed motion for fees, which likewise is pending. (Doc. 307).

had been resolved or other final disposition of this case. (Doc. 270). Defendants therefore were excused at that time from filing a response to plaintiff's motions for fees and costs. As noted, defendants' appeal has not yet been fully resolved. Nevertheless, in the event the petition for rehearing is denied, in the interest of an expeditious as possible disposition of the motions pending before this court in this long-standing case, defendants shall be required at this time to respond to plaintiff's motions for fees and costs.

Accordingly, it is ORDERED:

Defendants shall have ten (10) days from the date of this order in which to file responses to the pending motions for fees and costs in this case.

**DONE and ORDERED** this 14th day of July, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**