IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CARLOS GREEN,**

    **Plaintiff,**

vs.                                            **CASE NO.: 3:01cv30/MCR**

**JAMES CROSBY, in his official capacity as
Secretary of Florida Department of Corrections,
J. K. SCHWARTZ, Individually,
W. L. GIELOW, Individually,
PATRICK J. DOREMUS, Individually,
JOHN D. HONEYCUTT, Individually, and
N. B. HOWARD, Individually,**

    **Defendants.**
_____/

**O R D E R**

    Before the court is Plaintiff's renewed motion for attorney fees. (Doc. 307). On its own motion the court ORDERS that this matter is referred to the magistrate judge to conduct further proceedings on the motion, to make interim findings of fact and conclusions of law concerning liability pursuant N.D. Fla. Loc. R. 54.1(D), to act as special master if the parties do not settle and proceedings under Loc. R. 54.1(E) become necessary, and then to file his report and recommendation with the court concerning his conclusions.

    **DONE and ORDERED** this 9th day of August, 2005.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**