Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CARLOS GREEN,**

    **Plaintiff,**

**vs.**     **3:01cv30/MCR**

**JAMES CROSBY, et al.,**

    **Defendants.**
_____/

## O R D E R

    Pending are plaintiff's motions for attorney's fees (docs. 252, 307) and costs (docs. 256, 265).  For reasons of administrative convenience and efficiency, these motions shall be DENIED, without prejudice.  At such time as the Eleventh Circuit Court of Appeals may issue the mandate in the appeal of this matter which is now pending before it, plaintiff may refile his motions.

    Accordingly, it is ORDERED:

    Plaintiff's motions for attorney's fees (docs. 252, 307) and costs (docs. 256, 265) are DENIED without prejudice, as set forth above.

    **DONE and ORDERED** this 18th day of August, 2005.

                        *s/ M. Casey Rodgers*
                         **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**